```
        IN THE UNITED STATES DISTRICT COURT           FILED
          FOR THE WESTERN DISTRICT OF TEXAS
                 SAN ANTONIO DIVISION              AUG 02 2000

                                                CLERK, U.S. DISTRICT COURT
UNITED STATES OF AMERICA      §                 WESTERN DISTRICT OF TEXAS
             Plaintiff,       §                 BY_____
                              §                         DEPUTY CLERK
VS.                           §
                              §       CAUSE NO. SA-00-CA-0562 EP
JAMES STOCKBAUER,             §
                              §
                              §
             Defendants.      §
```

### CLERK'S ENTRY OF DEFAULT

It appearing from the records in the above-entitled action that summons, issued on the Plaintiff's Original Complaint, has been served upon the following defendants named below, and it further appearing from the affidavit of counsel for plaintiff that defendants have fail to plead or otherwise defend in said action, as directed in said summons and as provided in the Federal Rules of Civil Procedure;

NOW, therefore, on request of counsel for plaintiff, the default of the following named defendant is hereby entered:

JAMES STOCKBAUER

WILLIAM G. PUTNICKI, CLERK
UNITED STATES DISTRICT COURT

By: *Teresita Rodriguez*
TERESITA RODRIGUEZ, Deputy Clerk

DATE: August 2, 2000

f:\t
ext\common\doc-clk.ent

