IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

AUG 0 4 2000

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
    Plaintiff, )
     )
v. ) No. SA-00-CA-0562-EP
     )
     )
James Stockbauer, )
    Defendant. )

## DEFAULT JUDGMENT

The Plaintiff in this action, the United States of America, having moved this Court pursuant to Rules 55(a) and (b)(1), Federal Rules of Civil Procedure, for entry of a default and default judgment against Defendant James Stockbauer, and it having appeared by competent proof that entry of default and default judgment is proper, it is this day,

ORDERED, ADJUDGED and DECREED that Plaintiff UNITED STATES OF AMERICA have and recover of and from Defendant James Stockbauer, judgment for $32,719.71 (representing $22,578.98 principal, administrative costs of $.00, and interest of $10,140.73 accrued through November 23, 1999). Interest will continue to accrue at the rate of $5.02 per day until the date of judgment, plus postjudgment interest at the rate of __6.375__ percent, until the judgment is paid in full, plus all costs of court, for which let execution issue.

SIGNED and ENTERED this __4th__ day of __August__, __2000__.

WILLIAM G. PUTNICKI
United States District Clerk

By: _____
Deputy Clerk

civil\304.wp